HOOD, Judge
(concurring).
In Bordelon v. Great American Indemnity Company, La.App., 124 So.2d 634, and Dumas v. United States Fidelity and Guaranty Company, La.App., 125 So.2d 12, I dissented from the refusal of the majority to grant rehearings, because I felt that the plaintiff in each case was not entitled to recover medical expenses under the “medical payments” clause of the policy and to recover those same expenses a second time under the “public liability” features of the same policy. Although I feel that we erred in both of those cases, the majority has determined that under circumstances such as are presented here a plaintiff may recover double the amount of the medical expenses which he incurred as a result of *282 the accident. See also Constantin v. Bankers Fire and Marine Insurance Company, et al., La.App., 129 So.2d 269. Since that now seems to be the established jurisprudence of this court, I yield to the majority ruling and therefore concur in the results reached in this case.
On Application for Rehearing.
En Banc. Rehearing denied.